IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TAMMI LEE POOLE                                                                      PLAINTIFF

VS.                           CASE NO. 04-CV-1089

SOUTHERN ARKANSAS UNIVERSITY
TECHNICAL COLLEGE and Walter Clay              DEFENDANTS

## ORDER

      Before the Court is a Motion to Extend Discovery Cut-Off Date and for Continuance of Trial Date filed on behalf of the Defendants, Southern Arkansas University Technical College ("SAU") and Walter Clay. (Doc. No. 10). Defendants seek a continuance of this matter which is currently set for trial the week of November 7, 2005. The Plaintiff does not object to the continuance. Upon consideration, the Court finds that the motion should be and hereby is **granted**. This matter is hereby continued and will be reset for trial. The deadlines imposed by the previous scheduling order are lifted until further notice.

      IT IS SO ORDERED, this 26th day of September, 2005.

                                                            /s/Harry F. Barnes
                                                            Hon. Harry F. Barnes
                                                            United States District Judge