IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TAMI LEE POOLE                                                                    PLAINTIFF

VS.                                    CASE NO. 04-CV-1089

SOUTHERN ARKANSAS UNIVERSITY
TECHNICAL COLLEGE and WALTER CLAY                        DEFENDANTS

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed on behalf of the Defendants Southern Arkansas University Technical College and Walter Clay. (Doc. No. 11). Plaintiff Tami Lee Poole has file a response. (Doc. No. 18). Defendants filed a reply to Plaintiff's response. (Doc. Nos. 20 and 21). Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds that the motion should be and hereby is **granted**. Plaintiff Tami Lee Poole's claims against Defendants Southern Arkansas University Technical College and Walter Clay are hereby **dismissed** with prejudice.

IT IS SO ORDERED, this 25th day of April, 2005.

                                                            /s/Harry F. Barnes
                                                            Hon. Harry F. Barnes
                                                            United States District Judge